| | |
|---|---|
| 1 | Mark P. Robinson, Jr., SBN 054426 |
| | Carlos A. Prietto, III, SBN 166410 |
| 2 | Ted B. Wacker, SBN 157416 |
| | ROBINSON, CALCAGNIE & ROBINSON |
| 3 | 620 Newport Center Drive, 7th Floor |
| | Newport Beach, CA 92660 |
| 4 | 949-720-1288 |
| | 949-720-1292 Fax |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | Patricia Fuller |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB |
| | MDL No. 1699 |
| | JUDGE BREYER |
| This document relates to: | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6256, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |
| PATRICIA FULLER Individual Case No. C05-5417 CRB | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Patricia Fuller, originally filed in the Central District of California, Case Number CV 05-6256, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 05-5417 CRB, may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

The parties shall each bear their own costs.

Dated: December 1, 2006          ROBINSON, CALCAGNIE & ROBINSON

*signature*

Mark P. Robinson, Jr., SBN 054426
mrobinson@rcrlaw.net
Carlos A. Prietto, III, SBN 166410
cprietto@rcrlaw.net
Ted B. Wacker, SBN 157416
twacker@rcrlaw.net
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Telephone: (949) 720-1288
Fax: (949) 720-1292

-AND-

Samuel M. Wendt, MO #53573
David Peterson, MO #32229
PETERSON & ASSOCIATES, P.C.
801 West 47th Street, Suite 107
Kansas City, MO 64112-1253
Telephone: (816) 531-4440
Fax: (816) 531-0660

*Counsel for Plaintiff*
Patricia Fuller

Dated: December 5, 2006          GORDON & REES

*signature*

Stuart M. Gordon, Esq.
sgordon@gordonrees.com
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

*Defendants' Liaison Counsel*

2
STIPULATION AND ORDER OF DISMISSAL

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: Dec. 08, 2006     HONORABLE CHARLES R. BREYER

